(77 South. 993)

Ex parte TYSON. (6 Div. 723.)

(Supreme Court of Alabama. Jan. 17, 1918. Rehearing Denied Feb. 7, 1918.)

Certiorari to Court of Appeals.
Petition by C. A. Tyson for certiorari to review a judgment of the Court of Appeals (77 South. 986) in an action by the Jennings Produce Company against petitioner. Writ denied.

John R. Tyson, of Montgomery, and A. T. Gresham, of Birmingham, for appellant. Sterling A. Wood, of Birmingham, for appellee.

GARDNER, J. Petition of C. A. Tyson for certiorari to the Court of Appeals, to review and revise the judgment of said court rendered in the cause of C. A. Tyson v. Jennings Produce Co., 77 South. 986. Writ denied.

---

(77 South. 993)

Ex parte STATE.

ADDINGTON v. STATE.

(6 Div. 717.)

(Supreme Court of Alabama. Jan. 17, 1918.)

Certiorari to Court of Appeals.
Petition by the State for writ of certiorari to the Court of Appeals to review its reversal of conviction of Jacob L. Addington for obtaining a mortgage by false pretenses (77 South. 993). Writ denied.
See, also, 74 South. 846, 200 Ala. 414, 76 South. 6.

J. L. Drennen, of Birmingham, for appellant. W. L. Martin, Atty. Gen., and P. W. Turner, Asst. Atty. Gen., for the State.

GARDNER, J. Petition by the state of Alabama for certiorari to review and revise the judgment of the Court of Appeals last rendered by said court in the appeal of Jacob L. Addington v. State, 77 South. 993. Writ denied.